IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOBBY LEE PHILLIPS, JR.                                                                         PLAINTIFF
ADC #117315

v.                                        3:21-cv-00230-DPM-JJV

WILLIAM STRAUGHN, Assistant Director,
Arkansas Department of Correction; *et al.*                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Judge D.P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

### DISPOSITION

Bobby Lee Phillips, Jr. ("Plaintiff") is a prisoner in the Arkansas Division of Correction. On November 1, 2021, he filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 and sent the Clerk $350. (Doc. No. 1.) On November 4, 2021, I entered an Order explaining the cost for filing a civil action is $402, unless Plaintiff is granted permission to proceed *in forma pauperis* which would allow him to pay a $350 fee over time with monthly withdraws taken from his prison trust account. (Doc. No. 2.) I then directed the Clerk to return the $350 payment to Plaintiff's trust account, and I gave him the option of either: (1) paying the $402 filing fee in full, or (2) filing an

1

Application to Proceed *In Forma Pauperis* along with a Calculation Sheet. (*Id.*) Importantly, I cautioned Plaintiff I would recommend dismissal if he did not do so within thirty days. (*Id.*) On November 4 and 5, 2021, the Clerk mailed copies of my Order and the necessary forms to Plaintiff at the Grimes Unit and the Cummins Unit, which is where he has been transferred. (Doc. No. 3.) No copies have been returned undelivered. And, I have verified that the Clerk returned the $350 payment to Plaintiff's prison trust account on November 4, 2021.

Plaintiff has not responded to my November 4, 2021 Order, and the time to do so has expired. Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). If Plaintiff wishes to continue with this case, he should include the $402 payment or an *In Forma Pauperis* Application (along with a properly completed Calculation Sheet) with his Objections.

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. No. 1) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 10th day of December 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
## OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
#### Room A149
### LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS**  **PHONE 501-604-5351**
**CLERK**  **FAX 501-604-5321**

November 4, 2021

Arkansas Department of Corrections
Trust Fund Centralized Banking
P.O. Box 8908
Pine Bluff, AR   71611-8908

      Re: Return of Check Number 334853

To Whom it May Concern:

     The U.S. District Court in the Eastern District of Arkansas received check # 334853 in the amount of $350.00.   This check references B. Phillips, ADC # 117315.   As per the attached order, the voided check is being returned to you.

                            Sincerely,

                            TAMMY H. DOWNS, CLERK


                         By:_____
                            M. O'Neal, Generalist Clerk

Enclosure:

cc:    Tammy H. Downs, Clerk
        Finance