# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BOBBY LEE PHILLIPS, JR.**
**ADC #117315**                                                            **PLAINTIFF**

**v.**                              **No. 3:21-cv-230-DPM**

**WILLIAM STRAUGHN, Assistant**
**Director, Arkansas Department of**
**Correction;  MOSES JACKSON, Warden,**
**Arkansas Department of Correction;**
**JOE PAIGE, Warden, Arkansas**
**Department of Correction**                              **DEFENDANTS**

## JUDGMENT

Phillips's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2022